

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST LOOK INSTITUTE, INC., et al.,

        Plaintiffs,

-against-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Defendant.

21-CV-7052 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint letter dated October 19, 2021 (Dkt. No. 14) and defendant's letter dated November 19, 2021 (Dkt. No. 16). Accordingly, it is hereby ORDERED that plaintiffs may file a responding letter no later than **November 29, 2021**. It is further ORDERED that the parties shall appear for a status conference on **December 7, 2021, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       November 23, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**