UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST LOOK INSTITUTE, INC., et al.,

        Plaintiffs,

-against-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2021
```

21-CV-7052 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's conference, it is hereby ORDERED as follows:

1. <u>Defendant's Production Schedule</u>. No later than **December 20, 2021**, defendant shall produce the second five-minute segment of the 59-minute video at issue in this FOIA action (the Video). Thereafter, defendant shall produce the remainder of the Video in three equal segments: one-third no later than **January 19, 2022**; one-third no later than **February 18, 2022**; and the final one-third no later than **March 18, 2022**. Defendant shall ensure that each segment begins immediately after the previously-produced segment; that is, that there are no gaps or missing frames between segments.

2. <u>Issues with Production Schedule</u>. If defendant determines that it cannot adhere to the production schedule outlined above, it shall so advise the Court by letter no later than **December 20, 2021**. The Court will then schedule an evidentiary hearing in January 2022 to assess defendant's contention, at which defendant will be required to produce a witness with personal knowledge of the claimed difficulties.

3. <u>Status Conference</u>. The Court will hold a status and scheduling conference on **April 7, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan

United States Courthouse. In advance of the conference, the parties shall submit a joint status update letter, no later than **March 31, 2022**.

Dated: New York, New York
December 7, 2021

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**