

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

March 31, 2022

**By ECF**
Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   *First Look Institute, Inc. and Travis Mannon v. U.S. Immigration and Customs Enforcement*, 21 Civ. 7052 (BCM)

Dear Judge Moses:

    This Office represents U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write on behalf of all parties to provide a joint status update letter as required by the Court's scheduling order and to seek an approximately one-month adjournment of the status and scheduling conference currently scheduled for April 7, 2022, at 10 a.m. *See* ECF No. 19.

    ICE has completed its production of the video in response to the plaintiffs' FOIA request. Plaintiffs are currently in the process of reviewing the video to determine whether they intend to challenge any of ICE's redactions. Given the current status, the parties request that the Court adjourn the conference by approximately one month to allow additional time for the plaintiffs to complete their review and the parties to confer regarding next steps in this matter. The parties propose submitting another joint status update letter one week before the rescheduled conference.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/ Allison M. Rovner
ALLISON M. ROVNER
Assistant United States Attorney
Tel.: (212) 637-2691
Fax: (212) 637-2750
E-mail: allison.rovner@usdoj.gov

---

Application GRANTED. The status conference is hereby ADJOURNED to **May 9, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **May 2, 2022**, the parties shall file a joint letter apprising the Court of the status of the case and any disputes which may require judicial intervention. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 1, 2022

cc:   Counsel of record (by ECF)