

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/03/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

May 2, 2022

**By ECF**
Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    *First Look Institute, Inc. and Travis Mannon v. U.S. Immigration and Customs*
       *Enforcement*, 21 Civ. 7052 (BCM)

Dear Judge Moses:

This Office represents U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write on behalf of all parties to provide a joint status update letter as required by the Court's scheduling order and to seek an approximately one-month adjournment of the status and scheduling conference currently scheduled for May 9, 2022, at 11 a.m. *See* ECF No. 26.

Since the last status report, Plaintiffs have completed their review of the video. Although Plaintiffs do not intend to challenge ICE's redactions, they have informed ICE that they believe a few frames of the video constituting approximately one to five seconds of footage may be missing from the productions as they noticed discontinuity between the second and third video segments produced by ICE. ICE has agreed to look into this issue and to produce the missing segments, if any. Assuming this issue can be resolved, it appears that the parties will be able to resolve the merits of this matter without judicial intervention. The only remaining issue would then be Plaintiffs' attorneys' fees.

Therefore, given the current status, the parties request that the Court adjourn the conference for approximately one month to allow additional time for the parties to resolve the remaining merits issue and discuss how to resolve the fees issue. We propose submitting another joint status update letter one week before the rescheduled conference.

This is the parties' second request for an adjournment of the status conference; the Court granted the first request. *See* ECF Nos. 25-26.

We thank the Court for its consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/ Allison M. Rovner
ALLISON M. ROVNER
Assistant United States Attorney
Tel.: (212) 637-2691
Fax: (212) 637-2750
E-mail: allison.rovner@usdoj.gov

cc:   Counsel of record (by ECF)

---

Application GRANTED. The conference scheduled for May 9, 2022, is hereby ADJOURNED to **June 8, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **June 1, 2022**, the parties shall file a joint status update letter. SO ORDERED.

Barbara Moses
United States Magistrate Judge
May 3, 2022

2