

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

June 1, 2022

**By ECF**
Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   *First Look Institute, Inc. and Travis Mannon v. U.S. Immigration and Customs Enforcement*, 21 Civ. 7052 (BCM)

Dear Judge Moses:

    This Office represents U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write on behalf of all parties to provide a joint status update letter as required by the Court's scheduling order and to seek an adjournment *sine die* of the conference currently scheduled for June 8, 2022, at 11 a.m. *See* ECF No. 28.

    Since the last status report, the parties have resolved the merits of this matter and therefore believe that a conference is unnecessary. The only remaining issue is plaintiffs' attorneys' fees and costs. Plaintiffs have provided a fee request to ICE, and ICE is in the process of reviewing the request and authorizing a settlement amount. The parties are hopeful that they can resolve the fee matter without judicial intervention, in which case they would submit a stipulation and proposed order resolving the entire matter. Accordingly, the parties jointly propose either submitting such a stipulation and proposed order or another joint status update letter by July 1, 2022.

    This is the parties' third request for an adjournment of the status conference; the Court granted the prior requests. *See* ECF Nos. 25-28.

We thank the Court for its consideration of this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

By:   /s/ Allison M. Rovner
      ALLISON M. ROVNER
      Assistant United States Attorney
      Tel.: (212) 637-2691
      Fax: (212) 637-2750
      E-mail: allison.rovner@usdoj.gov

cc:   Counsel of record (by ECF)

---

Application GRANTED. The conference scheduled for June 8, 2022, is hereby ADJOURNED *sine die*. No later than **July 1, 2022**, the parties shall file either a stipulation of dismissal with prejudice for the Court to so-order or a joint status update letter in the event that the action is not yet fully resolved by then. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
June 3, 2022